UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE EDWARD MARYLAND,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN OF IRONWOOD STATE PRISON,<br><br>　　　　　Respondent. | CASE NO. SA CV 13-892-SJO (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED:   <u>January 16, 2015</u>.

_S. James Otero_
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\vcruz\AppData\Local\Temp\notesC7A056\Judgment.wpd